**No. 49365.**— Protests 101159–K, etc., of Adolphe Hurst & Co., Inc. (New York).

Opinion by Walker, J.  In accordance with stipulation of counsel that the hides in question are the same in all material respects as those the subject of *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807), the record in which was incorporated herein, and in view of said trade agreement, certain of the hides in question were held dutiable as claimed.

**No. 49366.**—Protests 94036–K, etc., of Adolphe Hurst & Co., Inc. (New York).

Opinion by Walker, J.  It was stipulated that certain of the hides in question are the same in all material respects as those the subject of *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807), which record was incorporated herein.  In accordance therewith the claim at 10 percent was sustained as to certain of the merchandise in question.

**No. 49367.**—Protests 100730–K, etc., of Adolphe Hurst & Co., Inc., et al. (Boston).

Opinion by Walker, J.  It was stipulated that certain of the hides in question are the same in all material respects as those the subject of *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807), which record was incorporated herein.  In accordance therewith the claim at 10 percent was sustained as to certain of the merchandise in question.

**No. 49368.**—Protests 95257–K, etc., of Wessel, Duval & Co., Inc. (New York).

Opinion by Walker, J.  It was stipulated that certain of the merchandise consists of hides of cattle of the bovine species similar to those the subject of *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807), which record was incorporated herein.  In accordance therewith certain of the hides in question entered for consumption or withdrawn from warehouse for consumption prior to the effective date of the Argentine Trade Agreement (T. D. 50504) were held dutiable at 10 percent under paragraph 1530 (a), and those entered or withdrawn from warehouse for consumption on or after the effective date of said trade agreement were held dutiable at 5 percent under paragraph 1530 (a) and said trade agreement.  The protests were sustained to that extent.

**No. 49369.**—Protests 95258–K, etc., of A. Helmrath, Inc. (New York).

Opinion by Walker, J.  In accordance with stipulation of counsel certain of the hides were held dutiable at 10 percent under paragraph 1530 (a), and certain of those imported on or after the date of the Argentine Trade Agreement (T. D. 50504) were held dutiable at 5 percent.  Protests sustained to this extent.

**No. 49370.**—Protests 97560–K, etc., of Bing Kee Co. et al.  (San Francisco).